# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CATHERINE CALLOWAY AND MICHAEL CALLOWAY, | : | |
| Plaintiffs, | : | CIVIL ACTION NO. 08-224-*** |
| v. | : | |
| GREEN TREE SERVICING, LLC, | : | |
| Defendant. | : | |

## DEFENDANT GREEN TREE SERVICING, LLC'S
## <u>MOTION TO DISMISS</u>

For the reasons set forth in the accompanying Opening Brief, Defendant Green Tree Servicing, LLC, by and through their undersigned counsel, hereby move pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for an order dismissing this action with prejudice.

Respectfully submitted,

/s/ *Albert H. Manwaring, IV*
Albert H. Manwaring, IV (#4339)
Maria L. Panichelli (#5047)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 Market Street
PO Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6514
Facsimile: (302) 421-8390
manwaringa@pepperlaw.com
panichellim@pepperlaw.com

Dated: April 28, 2008

*Attorneys for Defendant Green Tree Servicing, LLC*

#9570390 v1

## CERTIFICATE OF SERVICE

    I, Albert H. Manwaring, IV hereby certify that on April 28, 2008, I caused a copy of the foregoing Defendant Green Tree Servicing, LLC's Motion to Dismiss, Proposed Order, and Opening Brief in Support of Its Motion to Dismiss, together with supporting exhibits, to be served with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

    Maggie Clausell
    Law Office of Maggie Clausell
    9 E. Lockerman Street
    Suite 205
    Dover, DE  19901
    *Attorney for Plaintiffs*

    /s/  *Albert H. Manwaring, IV*
    Albert H. Manwaring, IV (#4339)

#9570390 v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CATHERINE CALLOWAY AND MICHAEL CALLOWAY, | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION NO. 08-224-*** |
| | : | |
| v. | : | |
| | : | |
| GREEN TREE SERVICING, LLC, | : | |
| | : | |
| Defendant. | : | |

## ORDER

And now, on this ___ day of ___, 2008, upon consideration of Defendant Green Tree Servicing, LLC's Motion to Dismiss and supporting Briefs, and any response thereto, it is hereby

ORDERED that the Motion is GRANTED and the Complaint in this action is dismissed with prejudice.

_____

J.

#9570390 v1