IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CATHERINE CALLOWAY AND MICHAEL CALLOWAY, | : : : | |
| Plaintiffs, | : : | CIVIL ACTION NO. 08-224 |
| v. | : : | |
| GREEN TREE SERVICING, LLC, | : : | |
| Defendant. | : | |

**RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT
GREEN TREE SERVICING, LLC**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the nongovernmental corporate party, Green Tree Servicing, LLC, defendant in the above listed civil action, through its undersigned counsel, states that it has the following parent corporation(s), and that no publicly held corporation(s) own 10% or more of Green Tree Servicing, LLC stock:

Green Tree Licensing, LLC is Green Tree Servicing, LLC's parent corporation

Date:   April 28, 2008

/s/ *Albert H. Manwaring, IV*
Albert H. Manwaring, IV (#4339)
Maria L. Panichelli (#5047)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 Market Street
PO Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6514
Facsimile: (302) 421-8390
manwaringa@pepperlaw.com
panichellim@pepperlaw.com

*Attorneys for Defendant Green Tree Servicing, LLC*

#9568861 v1

## CERTIFICATE OF SERVICE

I, Albert H. Manwaring, IV, hereby certify that on April 28, 2008, I caused a copy of the foregoing Defendant Green Tree Servicing, LLC's Rule 7.1 Disclosure Statement to be served with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

>Maggie Clausell
>Law Office of Maggie Clausell
>9 E. Lockerman Street
>Suite 205
>Dover, DE  19901
>*Attorney for Plaintiffs*

>/s/   *Albert H. Manwaring, IV*
>Albert H. Manwaring, IV (#4339)

#9568861 v1