IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CATHERINE CALLOWAY and<br>MICHAEL CALLOWAY<br><br>    Plaintiffs,<br><br>v.<br><br>GREEN TREE SERVICING LLC,<br><br>    Defendant. | *<br>*<br>* CIVIL ACTION NO. 08-224-SLR<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

## STIPULATION AND ORDER

WHEREAS, the Plaintiffs' Response to Defendant's Motion to Dismiss must be filed on May 15, 2008, and

WHEREAS, Plaintiffs have applied for an extension of 15 days to respond to Defendant's Motion to Dismiss because of the complexity of the issues raised in Defendant's Motion, and additional time needed to review all the documents; and

WHEREAS, Plaintiffs have not previously requested an enlargement of time; and

WHEREAS, Defendants having no objection to said extension,

It is hereby STIPULATED and ORDERED that

(a) Plaintiffs' response to Defendant Motion to Dismiss shall be filed on or before May 29, 2008,

(b) Defendants reply thereto to be filed and served on or before June 10, 2008.

/s/ Maggie R. Clausell
Maggie Clausell, Esq.
Bar ID 4532
9 E. Loockerman Street, Ste 205
Dover, DE 19901
302-6787644 (voice)
302-6780771 (fax)
maggie@clauselllaw.com
Attorney for the Plaintiffs

/s/ Albert H. Manwaring, IV
Albert H. Manwaring, IV (#4339)
/s/ Maria L. Panichelli
Maria L. Panichelli (#5047)
Pepper Hamilton LLP
Hercules Plaza, Ste. 5100
1313 Market St.
Post Office Box 1709
Wilmington, DE 19899-1709
302-777-6514 (Telephone)
302-421-8390 (Facsimile)
manwaringa@pepperlaw.com
panichellim@pepperlaw.com
Attorneys for the Defendant

SO ORDERED, this _____ day of May 2008.

_____
Judge Sue L. Robinson